# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:18-cv-00266  **Type:** Civil
**Caption:** Nichols v. County Commission of Cabell County et al  **Judge:** Eifert

**Started:**  9/6/2018 2:59:25 PM
**Ends:**  9/6/2018 3:41:11 PM  **Length:** 00:41:47

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi K. Liebegott
Plaintiff's Counsel: Maria W. Hughes
Defense Counsel: Jacob D. Layne

| Time | Event |
|---|---|
| **2:59:30 PM** | **TELEPHONIC MOTION HEARING** |
| **3:00:01 PM** | Recording Paused |
| **3:00:21 PM** | Recording Resumed |
| **3:01:39 PM** | Parties discussed #34 Motion |
| **3:20:14 PM** | Parties discussed request #56 |
| **3:40:22 PM** | Judge: Cheryl A. Eifert |
| **3:40:24 PM** | denies Motion on request #56 |
| **3:41:06 PM** | Hearing Adjourned |